IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARREN JAMES BURTON** **PLAINTIFF**

**v.** **No. 4:26-cv-829-DPM**

**WHITE COUNTY; WHITE COUNTY JAIL; CLAYTON EDWARDS, Sheriff; CLAYTON EDWARDS; H KING, Captain; H KING; MARK PATE, Judge; MARK PATE; HUGHES, Lieutenant; HUGHES; HANNAH ROSS, Lieutenant; HANNAH ROSS; DEPARTMENT OF JUSTICE; TIM GRIFFIN, Attorney General; TIM GRIFFIN; ARKANSAS DEPARTMENT OF CORRECTIONS; ARKANSAS PAROLE BOARD; STATE OF ARKANSAS; and ARKANSAS STATE PRISONS** **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation as supplemented, *Doc. 6*, and overrules Burton's objections, *Doc. 7*. Burton can't raise claims on behalf of other prisoners or pretrial detainees. He is not a lawyer. Pressing claims for others would constitute the unauthorized practice of law. 28 U.S.C. § 1654; *Martin v. Sargent*, 780 F.2d 1334, 1337 (8th Cir. 1985). His complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this

Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026