**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DARREN JAMES BURTON** **PLAINTIFF**

**v.** **No. 4:26-cv-829-DPM**

**WHITE COUNTY; WHITE COUNTY JAIL; CLAYTON EDWARDS, Sheriff; CLAYTON EDWARDS; H KING, Captain; H KING; MARK PATE, Judge; MARK PATE; HUGHES, Lieutenant; HUGHES; HANNAH ROSS, Lieutenant; HANNAH ROSS; DEPARTMENT OF JUSTICE; TIM GRIFFIN, Attorney General; TIM GRIFFIN; ARKANSAS DEPARTMENT OF CORRECTIONS; ARKANSAS PAROLE BOARD; STATE OF ARKANSAS; and ARKANSAS STATE PRISONS** **DEFENDANTS**

**JUDGMENT**

Burton's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

27 October 2026